No. 56. SAM FOX PUBLISHING CO., INC., ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of New York. July 7, 1960. The Movietone Music Corporation is dismissed as a party appellant pursuant to stipulation of counsel under Rule 60 of the Rules of this Court. *Charles A. Horsky* for appellants. *Solicitor General Rankin* for the United States, and *Howard T. Milman* for the American Society of Composers, Authors and Publishers, appellees.

No. 27. ROBERT LAWRENCE CO., INC., *v.* DEVONSHIRE FABRICS, INC. Certiorari, 362 U. S. 909, to the United States Court of Appeals for the Second Circuit. August 23, 1960. Writ of certiorari dismissed pursuant to stipulation of counsel under Rule 60 of the Rules of this Court. *Sigmund Timberg* for petitioner. *David L. Shivitz* for respondent.

No. 109, Misc. FULFORD *v.* COCHRAN, CORRECTIONS DIRECTOR. On petition for writ of certiorari to the Supreme Court of Florida. August 25, 1960. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

No. 226, Misc. GREEN *v.* CLEMMER ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. September 19, 1960. Petition dismissed pursuant to stipulation of counsel under Rule 60 of the Rules of this Court. Petitioner *pro se.* *Solicitor General Rankin* for respondents.